## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WESLEY JEFFERSON**
**ADC #104933**                                                                                   **PLAINTIFF**

**v.**                                             **5:08-CV-00336-WRW**

**JOHN B. JENKINS,** *et al.*                                                            **DEFENDANTS**

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections filed, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations are approved and adopted in their entirety as this Court's findings in all respects. Therefore, Plaintiff's Complaint (Doc. No. 2) is DISMISSED for failure to state a claim. Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of February, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE