# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**WESLEY JEFFERSON**
**ADC #104933**                                                                                  **PLAINTIFF**

**v.**                                    **5:08-CV-00336-WRW**

**JOHN B. JENKINS,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Based on the Order entered in this case on this date, Plaintiff's Complaint (Doc. No. 2) is DISMISSED for failure to state a claim.

IT IS SO ORDERED this 10th day of February, 2009.

                                                                  /s/ Wm. R. Wilson, Jr.
                                                                   UNITED STATES DISTRICT JUDGE